Certificate Number: 15317-PAE-DE-030667160

Bankruptcy Case Number: 18-11129



15317-PAE-DE-030667160

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 5, 2018</u>, at <u>1:53</u> o'clock <u>PM PST</u>, <u>Tae W Kim</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>March 5, 2018</u>            By:    <u>/s/Mayshiel Dacanay</u>

Name: <u>Mayshiel Dacanay</u>

Title: <u>Certified Counselor</u>