Diana M. Dixon
Dixon Law Office
107 N. Broad Street
Suite 307
Doylestown, PA 18901

Tae W. Kim
151 Redstone Drive
Warrington, PA 18976

Victoria Soon Ju Kim
151 Redstone Drive
Warrington, PA 18976

AES
PO Box 61047
Harrisburg, PA 17106

Ally Financial
PO Box 380901
Minneapolis, MN 55438

Aqua Pennsylvania, Inc.
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

ARS National Services, Inc.
PO Box 469100
Escondido, CA 92046-9100

AT&T Universal Card
PO Box 6500
Sioux Falls, SD 57117-6500

Atlantic Credit & Finance, Inc.
PO Box 13386
Roanoke, VA 24033-3386

Atlantic Credit and Finance, Inc.
PO Box 2001
Warren, MI 48090-2001

Atlantic Credit and Finance, Inc.
PO Box 2083
Warren, MI 48090-2001

Bank of America
PO Box 982235
El Paso, TX 79998-2235

Bank of America
PO Box 982235
El Paso, TX 79998-2235

Birmingham Home Loan Service Center
801 Tom Martin Drive
Suite 120
Birmingham, AL 35211

Bloomingdales
PO Box 8058
Clearwater, FL 33762-0759

Capehart & Scatchard, PA
ATTN: Sergio I. Scuteri, Esq.
PO Box 5016
Mount Laurel, NJ 08054-5016

Capital One
PO Box 30256
Salt Lake City, UT 84130-0256

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Chesco Security, Inc.
PO Box 642
Kennett Square, PA 19348

Citibank (Costco)
PO Box 6500
Sioux Falls, SD 57117-6500

Citizen One Card Services
PO Box 18204
Bridgeport, CT 06601-3204

Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301-4047

Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301-4047

Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301-4047

Comcast Business Services
676 Island Pond Road
Manchester, NH 03109

Comenity Bank (Total Rewards)
Bankruptcy Department
PO Box 182125
Columbus, OH 43218-2125

Commercial Collection Corp. of NY
34 Seymour Street
Tonawanda, NY 14150

CST Co.
PO Box 33127
Louisville, KY 40232-3127


Department Stores Nat'l Bank
PO Box 8066
Mason, OH 45040


Discover Bank
PO Box 15316
Wilmington, DE 19850-5316


Finiki, Inc.
c/o John Hazalis
220 North Central Blvd.
Broomall, PA 19008


FMA Alliance, LTD.
PO Box 2409
Houston, TX 77252-2409


FMA Alliance, LTD.
PO Box 2409
Houston, TX


Global Credit & Collection
5440 N. Cumberland Avenye
Suite 300
Chicago, IL 60656-1490


GM Card
Customer Service
PO Box 80082
Salinas, CA 93912-0082


Harry J. Karapalides, Esq.
42 Copley Road
Upper Darby, PA 19082

Home Depot Credit Services
PO Box 790328
Saint Louis, MO 63179

Home Depot/Citibank
PO Box 6497
Sioux Falls, SD 57117

Imperial Dade
255 US Hwy 1 and 9
Jersey City, NJ 07306

JH Portfolio Debt Equity
5757 Phantom Drive
#225
Hazelwood, MO 63042

Kaplin Stewart Meloff Reiter & Stein
PO Box 3037
Blue Bell, PA 19422

KML Law Group, P.C.
ATTN: Bankruptcy Department
BNY Independence Center
701 Market St., Ste. 5000
Philadelphia, PA 19106

Lacas Coffee Co.
7950 National Highway
Pennsauken, NJ 08110

Mahmoud Amer
21 Rockleigh Drive
Trenton, NJ 08628

Midland Credit Management
2365 Northside Drive
Suite 300
San Diego, CA 92108

```
Midland Credit Management
PO Box 60578
Suite 200
Los Angeles, CA 90060



Midland Funding, LLC
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255



Midland Funding, LLC
PO Box 2001
Warren, MI 48090-2001



Mitchell J. Malzberg, LLC
ATTN: Mitchell J. Malzberg, Esq.
PO Box 5122
Clinton, NJ 08809



Morris & Adelman
ATTN: James W. Adelman, Esq.
PO Box 2235
Bala Cynwyd, PA 19004-6235



Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019



National Collegiate Student Loan Trust
800 Boylston Street
34th Floor
Boston, MA 02199



National Enterprise Systems
2479 Edison Blvd.
Unit A
Twinsburg, OH 44087-2340
```

```
Nordstrom
PO Box 6555
Englewood, CO 80155



Northland Group, Inc.
PO Box 390900
Mail Code UBNB
Minneapolis, MN 55439



Ophtalmic Partners of PA
PO Box 4803
Lancaster, PA 17606-4803



Opthalmic Partners of PA
PO Box 4803
Lancaster, PA 17604-4803



Paul Aschkenasy, as T'ee of Blank Trust
Blank Aschkenasy Properties, LLC
300 Conshohocken State Road
Suitr 360
Conshohocken, PA 19428



PepsiCo
Customer Service
1100 Reynolds Blvd.
Winston Salem, NC 27105



Performance Food Group, Inc.
d/b/a Performance Food Service/Roma-NJ
301 Heron Drive
Swedesboro, NJ 08085



PHEAA
1200 North 7th Street
Harrisburg, PA 17102
```

Pointe Pest Control
334 Dekalb Street
Bridgeport, PA 19405


PSE&G Co.
PO Box 14444
New Brunswick, NJ 08906-4444


Real Time Resolutions
1349 Empire Drive
Suite 150
Dallas, TX 75247


Saks Fifth Avenue
Attn: Customer Care
Jackson, MS 39209


Schlee & Stillman Law Office, LLC
50 Tower Office Park
Woburn, MA 01801


Sears Credit Cards
PO Box 6282
Sioux Falls, SD 57117-6282


Simm Associates, Inc.
800 Pencader Drive
Newark, DE 19702


Synchrony Bank (TJX)
ATTN: Bankruptcy Dept.
PO Box 965060
Orlando, FL 32896-5060


Sysco Philadelphia, LLC
600 Packer Avenue
Philadelphia, PA 19148

The Receivable Management Services, LLC
PO Box 361598
Columbus, OH 43236


U.S. Department of the Treasury
Bureau of the Fiscal Service
PO Box 830794
Birmingham, AL 35283-0794


U.S. Foods, Inc.
399 Berkeley Drive
Swedesboro, NJ 08085


U.S. Small Business Administration
801 Tom Martin Drive
Suite 120
Birmingham, AL 35211


United Collection Bureau, Inc.
5620 Southwyck Blvd.
Suite 206
Toledo, OH 43614


United Collection Bureau, Inc.
5620 Southwyck Blvd.
Suite 206
Toledo, OH 43614


United Concordia Co.
1008 W. 8th Avenue
King of Prussia, PA 19406


US Bank
PO Box 2846
Oshkosh, WI 54903-2846


Wells Fargo
PO Box 84712
Sioux Falls, SD 57118

```
Wells Fargo Bank
PO Box 10335
Des Moines, IA 50306


Wells Fargo Bank
PO Box 95225
Albuquerque, NM 87199-5225


Wells Fargo Business Direct
PO Box 29482
Phoenix, AZ 85038-8650


Wells Fargo Card Service
PO Box 10347
Des Moines, IA 50306-0347


Wells Fargo Card Services
PO Box 10347
Des Moines, IA 50306-6412
```