## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE**: Tae W. Kim                                    Bankruptcy No. 18-11129
Victoria Soon Ju Kim

Debtors                                    Chapter 7

### CERTIFICATION OF SERVICE

Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtors in the above-captioned matter; that on **June 14, 2018** pursuant to the Local Rules for Pennsylvania Eastern District Bankruptcy Court, she did mail a copy of the Notice of Bankruptcy Case Filing to all additional creditors that were listed on the Amended Schedules E/F.

The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

S/Diana M. Dixon, Esquire
Diana M. Dixon, Esquire